David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for the Plaintiff
Will and Gina Anderson

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Will Anderson and Gina Anderson,<br><br>Plaintiff,<br><br>v.<br><br>Law Office of Curtis O' Barnes<br><br>Defendant. | **Case No.: 2:10-cv-00822-MHB**<br><br>**PLAINTIFF'S UNILATERAL NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiffs Will and Gina Anderson (hereinafter "Plaintiffs"), hereby moves to dismiss the entire action with prejudice, and in support of this Motion hereby set forth:

   1. The Parties have reached a settlement of this action.

   2. The Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter.

   3. The settlement between Plaintiffs and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiffs and Defendant.

4. Plaintiffs represents to the Court that all actions required under the settlement agreement have now been performed. The Parties thus agree that this Court can proceed to dismiss this entire action, with prejudice.

WHEREFORE, Plaintiffs thus move and respectfully request that this Court so order forthwith.

Respectfully submitted,

Date: August 27, 2010             **Hyde & Swigart**

                                  By: /s/ David J. McGlothlin
                                  David J. McGlothlin
                                  Attorneys for the Plaintiffs